AARON D. FORD
 Attorney General
ANDREA M. DOMINGUEZ, Bar No. 15209
 Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1163
E-mail: adominguez@ag.nv.gov

*Attorneys for Defendants*
*Charles Daniels, James Dzurenda, Sheryl Foster,*
*Jo Gentry, Tanya Hill, Gabriela Najera, Dwight Neven,*
*Cynthia Ruiz, Kim Thomas, and Patrick Vejar*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CARLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>JO GENTRY, *et al.*,<br><br>    Defendants. | CASE NO. 2:17-cv-02670-MMD-VCF<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

  Defendants, Charles Daniels, James Dzurenda, Sheryl Foster, Jo Gentry, Tanya Hill, Gabriela Najera, Dwight Neven, Cynthia Ruiz, Kim Thomas, and Patrick Vejar by and through counsel, Aaron D. Ford, Nevada Attorney General, and Andrea M. Dominguez, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff Elizabeth Carley, in pro per, stipulate to extend Defendants' deadline to file a Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment to July 21, 2021.

  On June 21, 2021, Counsel for Defendants and Plaintiff had a telephonic conference in which the extension was agreed upon. Due to being on annual leave for a week and then unexpectedly ill, Counsel for Defendants is unable to meet the June 21,

| | |
|---|---|
| 1 | 2021 deadline to file a reply. Accordingly, the parties stipulate to extend Defendants' |
| 2 | deadline to file a reply from **June 21, 2021,** to **July 21, 2021**. |

DATED this 21st day of June, 2021.     DATED this 21st day of June, 2021.

                                                         AARON D. FORD
                                                         Attorney General

By: _____     By: _____
     ELIZABETH CARLEY                       ANDREA M. DOMINGUEZ, Bar No. 15209
     *Plaintiff in Pro Se*                    Deputy Attorney General

                                                     *Attorneys for the Defendants*

**IT SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 22, 2021

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 21st day of June, 2021, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, to the following:

Elizabeth Carley, #1095997
Florence McClure Women's Correctional Center
4370 Smiley Road
Las Vegas, Nevada 89115
*Plaintiff, Pro Se*

/s/ [signature]
An employee of the
Office of the Attorney General