1  AARON D. FORD
    Attorney General
2  CHRISTOPHER M. GUY (Bar No. 15239)
    Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada 89101
   (702) 486-3326 (phone)
6  (702) 486-3773 (fax)
   Email:  cguy@ag.nv.gov
7
   *Attorneys for Defendants James Dzurenda, Charles Daniels,*
8  *Sheryl Foster, Jo Gentry, Tanya Hill, Gabriela Najera,*
   *Dwight Neven, Cynthia Ruiz, Kim Thomas, and Patrick Vejar*
9
   LISA A. RASMUSSEN, Esq.
10 Law Offices of Kristina Wildeveld & Associates
   550 East Charleston Blvd.
11 Las Vegas, Nevada   89101
   (702) 222-0007 (phone)
12 (702) 222-0001 (fax)
   Email: Lisa@veldlaw.com
13
   *Attorneys for Plaintiff*
14

15              **UNITED STATES DISTRICT COURT**

16                  **DISTRICT OF NEVADA**

17 ELIZABETH CARLEY,                    |  Case No. 2:17-cv-02670-MMD-VCF

18              Plaintiff,

19  v.                                      **JOINT STIPULATION AND ORDER
                                            TO EXTEND THE JOINT PRETRIAL
20 JO GENTRY, *et al.*,                     ORDER DEADLINE FROM APRIL
                                            25, 2022, TO MAY 25, 2022**
21              Defendants.

22         Plaintiff Elizabeth Carley, by and through counsel, Lisa. A. Rasmussen, and

23 Defendants, Sheryl Foster, Patrick Vejar, Jo Gentry, James Dzurenda, Charles Daniels,

24 Gabriela Najera, Tanya Hill, Dwight Neven, Cynthia Ruiz, and Kim Thomas, by and

25 through counsel, Aaron D. Ford, Nevada Attorney General, and Christopher M. Guy,

26 Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby

27 Joint Stipulation And Order To Extend The Joint Pretrial Order Deadline From April 25,

28 2022, to **May 25, 2022**.

1    The Parties hereby move to extend the Joint Pretrial Order deadline from April 25,

2   2022, to May 25, 2022 (30 days). Good cause supports this extensions request. Defense

3   counsel starts a trial on April 25, 2022. Defense Counsel was required to prepare for this

4   trial, and therefore the Parties requests an additional 30 days to draft the Joint Pretrial

5   Order.

6   **I.      INTRODUCTION**

7    The Parties request an extension of the Joint Pretrial Order deadline of April 25,

8   2022. Defense counsel will be in trial the week of April 25th for case *3:17-cv-00649*-MMD-

9   CSD. Therefore, the Parties requests an additional 30 days to draft the Joint Pretrial

10   Order.

11   **II.     LAW AND ARGUMENT**

12          **A.      Law**

13                Federal Rule of Civil Procedure 6(b)(1)[1] provides:

14                (1) In General. When an act may or must be done within a
                 specified time, the court may, for good cause, extend the time:

15                      (A) with or without motion or notice if the court acts, or if
                 a request is made, before the original time or its extension

16                 expires; or
                      (B) on motion made after the time has expired if the party

17                 failed to act because of excusable neglect.

18   Fed.R.Civ.P. 6(b)(1).

19          The United States Supreme Court has recognized, "Rule 6(b) gives the

20   court *extensive flexibility* to modify the fixed time periods found throughout the rules,

21   whether the enlargement is sought before or after the actual termination of the allotted

22   time." *Lujan v. Nat'l Wildlife Fed.,* 497 U.S. 871, 906 n. 7 (1990) (internal quotation marks

23   and citation omitted) (emphasis added); *see also Perez-Denison v. Kaiser Found. Health*

24   *Plan of the Nw.*, 868 F. Supp. 2d 1065, 1079 (D. Or. 2012) (citing and quoting *Lujan*, 497

25

26          [1] LR IA 6-1(a): "A motion or stipulation to extend time must state the reasons for the
     extension requested and must inform the court of all previous extensions of the subject

27   deadline the court granted." Further, a "stipulation or motion seeking to extend the time
     to file an opposition or reply to a motion, or to extend the time fixed for hearing a motion,

28   must state in its opening paragraph the filing date of the subject motion or the date of the
     subject hearing." LR IA 6-1(c).

1    U.S. at 906). Further, this rule, like all the Federal Rules of Civil Procedure is to be liberally

2    construed to effectuate the general purpose of seeing that cases (and other disputed issues)

3    are decided on the merits. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258 (9th Cir.

4    2010). Regarding "Good cause," it is a non-rigorous standard that has been construed

5    broadly across procedural and statutory contexts. *Id.* (citing several circuits *Venegas–*

6    *Hernandez v. Sonolux Records*, 370 F.3d 183, 187 (1st Cir.2004); *Thomas v. Brennan*, 961

7    F.2d 612, 619 (7th Cir.1992); *Lolatchy v. Arthur Murray, Inc.*, 816 F.2d 951, 954 (4th

8    Cir.1987)).

9        Consequently, requests for extensions of time made before the applicable deadline

10   has passed should "normally ... be granted in the absence of bad faith on the part of the

11   party seeking relief or prejudice to the adverse party." *Ahanchian,* 624 F.3d at 1259

12   (quoting 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure §

13   1165 (3d ed. 2004).

14       **B.    Argument**

15       Defense counsel attended the pre-trail calendar call on April 5, 2022, in case *3:17-*

16   *cv-00649*-MMD-CSD; the case scheduled for trial back in November 2021 but was

17   continued. On April 5, 2022, the District Court informed the parties that case *3:17-cv-*

18   *00649*-MMD-CSD was number one (1) on the stack. Thus, the trial will take place starting

19   April 25th.

20       The Parties contend that the upcoming trial in case *3:17-cv-00649*-MMD-CSD

21   establishes good cause to grant this extension request. The Parties do not act in bad faith.

22   The Parties seek additional time to work together to draft the Joint Pretrial Order. Thus,

23   the Parties request an extension of the Joint Pretrial Order deadline of April 25, 2022, to

24   May 25, 2022.

25   ///

26   ///

27

28

1

**III.    CONCLUSION**

2        For the foregoing reasons, the Parties request an extension of the Joint Pretrial

3   Order deadline of April 25, 2022, to **May 25, 2022**.

4

5

6   DATED this 22nd day of April 2022          DATED this 22nd day of April 2022

7

8   By: /s/   Lisa A. Rasmussen                By: /s/ Christopher M. Guy
        LISA A. RASMUSSEN, Esq.                    CHRISTOPHER M. GUY
        Law Offices of Kristina Wildeveld &        Deputy Attorney General
9       Associates                                 Office of the Nevada Attorney General
        550 E. Charleston Blvd.                    555 E. Washington Avenue, #3900
10      Las Vegas, Nevada   89101                  Las Vegas, Nevada 89101
        *Attorneys for Plaintiff*                  *Attorneys for Defendants*
11

12

13                                          IT IS SO ORDERED.

14

15                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
16                                          DATE:   4-28-2022
                                                    _____
17

18

19

20

21

22

23

24

25

26

27

28