1  AARON D. FORD
    Attorney General
2  Douglas R. Rands (Bar No. 3572)
    Senior Deputy Attorney General
3  State of Nevada
    Office of the Attorney General
4  555 East Washington Avenue
    Suite 3900
5  Las Vegas, Nevada 89101
    (702) 486-3326 (phone)
6  (702) 486-3773 (fax)
    Email:  cguy@ag.nv.gov
7
   *Attorneys for Defendants James Dzurenda, Charles Daniels,*
8  *Sheryl Foster, Jo Gentry, Tanya Hill, Gabriela Najera,*
   *Dwight Neven, Cynthia Ruiz, Kim Thomas, and Patrick Vejar*
9
   LISA A. RASMUSSEN, Esq.
10 Law Offices of Kristina Wildeveld & Associates
   550 East Charleston Blvd.
11 Las Vegas, Nevada  89101
   (702) 222-0007 (phone)
12 (702) 222-0001 (fax)
   Email: Lisa@veldlaw.com
13
   *Attorneys for Plaintiff*
14

15                    **UNITED STATES DISTRICT COURT**

16                           **DISTRICT OF NEVADA**

17  ELIZABETH CARLEY,                           Case No. 2:17-cv-02670-MMD-VCF

18                  Plaintiff,
                                                **STIPULATION TO CONTINUE**
19   v.                                         **TRIAL DATE**
                                                **(First Request)**
20  JO GENTRY, *et al.*,

21                  Defendants.

22       Plaintiff Elizabeth Carley, by and through counsel, Lisa. A. Rasmussen, and

23 Defendants, Sheryl Foster, Patrick Vejar, Jo Gentry, James Dzurenda, Charles Daniels,

24 Gabriela Najera, Tanya Hill, Dwight Neven, Cynthia Ruiz, and Kim Thomas, by and

25 through counsel, Aaron D. Ford, Nevada Attorney General, and Douglas R. Rands, Senior

26 Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby

27 submit this Stipulation to Continue the trial date in this matter to the Court's December

28 5, 2023 trial stack based upon the following:

1. Counsel for Ms. Carley had a federal criminal trial scheduled to start on July 10, 2023. <u>United States v.</u> Litwin, 2:11-cr-347 KJD. At the request of the government, that trial has been moved to September 11, 2023. The trial is a retrial of a case that took four months to try in 2017 and the first trial included 39 witnesses. While the retrial will be pared down, it is still anticipated that it will last several weeks and it is likely to include at least 30 witnesses for the retrial. Preparation for this trial is a substantial undertaking for Ms. Rasmussen.

2. This case is scheduled for the August 22, 2023 stack, a three week stack. Further, this trial is anticipated to last five days. The uncertainty of knowing when this trial will actually commence makes it difficult for Ms. Rasmussen because the stack bumps into the Litwin trial. Preparation for the Litwin trial is difficult and requires substantial coordination of witnesses and experts and will undoubtedly involve last minute issues that Ms. Rasmussen cannot address if she is in trial in this case bumping up to the trial in the Litwin case.

3. For these reasons, Plaintiff requests that this trial be continued to another stack. Ms. Carley is out of custody and currently living in Texas. She is not opposed to continuing this trial to another stack.

4. Additionally, Counsel for the Defendants has three additional trials on the August stacks, two of which are likely to proceed to trial. Due to the preparation for these trials, it would be difficult to go into this trial as currently calendared.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

5. Accordingly, the parties jointly stipulate and request that this trial be moved to the December 5, 2023 stack if convenient to the Court.

| DATED this 19th day of July 2023 | DATED this 19th day of July 2023 |
|---|---|
| By: /s/ *Lisa A. Rasmussen* <br> LISA A. RASMUSSEN, Esq. <br> Law Offices of Kristina Wildeveld & Associates <br> 550 E. Charleston Blvd. <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiff* | By: /s/ *Douglas R. Rands* <br> DOUGLAS R. RANDS <br> Senior Deputy Attorney General <br> Office of the Nevada Attorney General <br> 555 E. Washington Avenue, #3900 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants* |

## ORDER

Upon the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the trial in this matter is moved to the three- week trial stack in Las Vegas to commence on  December 5, 2023 . Calendar call is moved to the  27th  day of  November , 2023. at 1:00 PM by telephone.

IT IS FURTHER ORDERED that Motions in Limine are to be filed on or before the  6th  day of  November , 2023.

IT IS FURTHER ORDERED that Jury instructions and final witness and exhibits lists shall be filed on or before the  28th  day of  November , 2023.

IT IS SO ORDERED.

_____
UNITED STATES JUDGE
DATE:  July 19, 2023