AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants
Sheryl Foster, Jo Gentry,
Gabriela Najera, Dwight Neven,
Cynthia Ruiz, Kim Thomas,
And Patrick Vejar*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH CARLEY,<br><br>          Plaintiff,<br><br>vs.<br><br>NEVEN, et al.<br>          Defendants. | Case No.  2:17-cv-02670-MMD-VCF<br><br>**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Elizabeth Carley, by and through counsel, McCletchie Law, and Lisa A. Rasmussen, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

| | |
|---|---|
| DATED this 23rd day of October 2024.<br><br>MCCLETCHIE LAW<br><br><br>By: */s/ Lisa A. Rasmussen*<br>     LISA A. RASMUSSEN<br><br>*Attorneys for Plaintiff* | DATED this 23rd day of October 2024.<br><br>AARON D. FORD<br>Attorney General<br><br>By: */s/ Douglas R. Rands*<br>     DOUGLAS R. RANDS, Bar No. 3572<br>     Senior Deputy Attorney General<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED.**

DATED this 23rd day of October 2024.

_____
**DISTRICT COURT JUDGE**

1